**Order entered November 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01304-CV

## LG ELECTRONICS U.S.A., INC., Appellant

## V.

## LOVERS TRADITION II, LP, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-09593

## ORDER

Before the Court are appellant's November 4, 2019 opposed motion to stay or abate appeal and court reporter Tina Thompson's November 6, 2019 request for an extension of time to file the record. We **DENY** the motion to stay. We **GRANT** the reporter's extension request and **ORDER** the reporter's record received November 12, 2019 filed as of the date of this order.

As the appellate record appears complete, we **ORDER** appellant to file its opening brief no later than December 4, 2019.

/s/     BILL WHITEHILL
        JUSTICE